IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00093-CV

 

The University of Texas

Medical Branch at Galveston,

                                                                      Appellant

 v.

 

The Estate of Darla Blackmon,

By its Beneficiary Sheila Shultz

and Sheila Shultz Individually,

                                                                      Appellees

 

 

 



From the 52nd District Court

Coryell County, Texas

Trial Court # COT-01-33769

 



MEMORANDUM 
Opinion



 








      This
appeal concerns wrongful death and survival actions.  Appellant filed a plea to the jurisdiction
premised on sovereign immunity.  The
trial court denied the plea.  We will
reverse and render.

      Appellees
allege that Appellant’s misuse of medical equipment caused Blackmon’s
death.  The Texas Tort Claims Act waives
sovereign immunity in relevant part for death “caused by a . . . use
of tangible personal . . . property.” 
See Tex. Civ. Prac. & Rem. Code Ann. § 101.021(2) (Vernon 1997); Tex. Dep’t
of Parks & Wildlife v. Miranda,
133 S.W.3d 217, 224-25 (Tex.
2004).  Appellees’ pleadings do not
establish a waiver of sovereign immunity. 
The use of tangible property did not cause Blackmon’s death; Blackmon’s
illness killed her.  See Tex. Dep’t
of Crim. Justice v. Miller, 51
S.W.3d 583, 587-89 (Tex. 2001). 
The trial court erred in denying Appellant’s plea.  We sustain Appellant’s issue.

      We reverse and render judgment for
Appellant.  See State ex
rel. State Dep’t of Highways & Pub. Transp. v. Gonzalez, 82 S.W.3d 322, 331 (Tex. 2002). 
Appellees’ suit against the other defendants remains pending in the
trial court.

TOM
GRAY

Chief Justice

Before
Chief Justice Gray,

      Justice Vance, and

      Justice Reyna

      (Justice Vance dissents with a note:  I would affirm the trial court’s denial of
the plea to the jurisdiction.)

Reversed
and rendered

Opinion
delivered and filed October 13, 2004

[CV06]